UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
Joseph Volfman,

                Plaintiff,                      24-CV-5012 (DEH-GS)

       -v-                                        ORDER

Taqueria Saint Marks Place Inc et al.,

                Defendants,
------------------------------------------------------------------- X

DALE E. HO, United States District Judge:

      This case has been assigned to me and referred to Magistrate Judge Gary Stein. The Complaint was filed with the Court on July 2, 2024 and a summons was issued on July 3, 2024, but our files reflect that the summons and Complaint were never served on Defendants. It is hereby:

      ORDERED that Plaintiff submit a letter to the Court by October 23, 2024 as to why Plaintiff has failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if you believe that Defendants have been served, when and in what manner such service was made.

      IT IS FURTHER ORDERED that if we do not receive any communication from you by October 23, 2024 showing good cause why such service was not made within the 90 days, the Court will dismiss the case.

      In addition, in the event that your address changes, please be sure to inform the Clerk of Court of your new address. Failure to do so may result in dismissal of your lawsuit.

SO ORDERED.

Dated:  October 9, 2024
       New York, New York

DALE E. HO
United States District Judge